```
 1  THE DUNNING LAW FIRM
    A Professional Corporation
 2  Donald T. Dunning (144665)
    James MacLeod (245149)
 3  4545 Murphy Canyon Road, Suite 200
    San Diego, CA 92123
 4  Telephone:  (858) 974-7600
    Facsimile:  (858) 974-7601
 5
    Attorneys for Secured Creditor
 6  ONEMAIN FINANCIAL GROUP, LLC.

 7

 8                  UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 9

10  In re:                     ) Case No.: 19-52439 MEH
                               ) Chapter 13
11  CORENA RAY POWERS,         )
                               )
12      Debtors.               ) DECLARATION OF STEPHANIE RAY IN
                               ) SUPPORT OF MOTION FOR RELIEF
13                             ) FROM STAY
                               )
14                             ) RS: JM-01
                               )
15                             )
                               )
16                             )
                               )
17

18      I, Stephanie Ray, declare:

19      1.   I am over the age of eighteen and am a Bankruptcy

20  Specialist Intermediate for the moving party ONEMAIN FINANCIAL

21  GROUP, LLC ("Movant").

22      2.   I am one of the custodians of the books, records and files

23  of Movant that pertain to the account of CORENA RAY POWERS (the

24  "Debtor").  I have personally worked on the books, records and

25  files, and as to the following facts, I know them to be true of my

26  own knowledge or I have gained knowledge of them from the business

27  records of Movant, which were made at or about the time of the

28  events recorded, and which are maintained in the ordinary course of
```

1

In Re Corena Ray Powers
Case No. 19-52439 MEH
Declaration of Stephanie Ray in Support of Motion for Relief from Stay

Case: 19-52439   Doc# 29-2   Filed: 02/11/20   Entered: 02/11/20 09:28:46   Page 1 of 3

business at or near the time of the acts, conditions or events to which they relate. Each of the records and documents was prepared in the ordinary course of business by a person who had personal knowledge of the event being recorded and had a business duty to accurately record such event.

3. The Movant is, and at all times herein mentioned was, a corporation, duly qualified to conduct business under the laws of the State of California.

4. The Debtor filed her voluntary petition for relief under Chapter 13 of Bankruptcy Code on December 4, 2019 (the "Filing Date").

5. This Court has jurisdiction over this proceeding pursuant to 11 U.S.C. §§361 through 363 and 28 U.S.C. §1334.

6. The following property is the subject of this Movant's Motion for Relief from Stay: 2011 Toyota Camry-4 Cy, VIN# 4T1BF3Ek3Bu745707 ("Subject Property").

7. Prior to the Filing Date, the Debtor and Movant entered into a Loan Agreement and Disclosure Statement ("Agreement") for a loan secured by the Subject Property on or about July 23, 2019. A true and correct copy of the Agreement is attached hereto as Exhibit A. As part of the transaction for the Debtor's loan, the Movant was to obtain, as security for the loan, evidenced in the Agreement, a purchase money security interest in and security title to the Subject Property. The Movant's security interest in the Subject Property had not yet been perfected prior to the Debtor's filing because she had outstanding citations that had not been paid prior to the present bankruptcy. The Debtor properly listed the Subject Property as securing the Movant's loan in her petition, but has not

2

indicated if she intends to comply with his obligation to allow the Movant to secure its interest in the Subject Property. Also, after filing the Debtor filed a Motion to Value the Movant's collateral, also correctly indicating that the Movant's collateral should be secured. In the Court's Order, it recognized that the Movant should have a secured claim in the amount of $5100.00.

8. As of the Filing Date, the Debtor was indebted to the Movant in an amount not less than $8223.32. Movant seeks relief from the Automatic Stay imposed by filing of the Chapter 13 bankruptcy action in order to secure its lien, to ensure that the outstanding citations/fees are paid so that that its lien can be secured, and if the Debtor refuses to permit the Movant to secure its interest, to obtain the Subject Property.

9. The Debtor has no equity in the Subject Property. Movant seeks relief from the Automatic Stay imposed by 11 U.S.C. section 362 to perfect its lien and, should it be necessary, to sell or otherwise dispose of the Subject Property if the Debtor does not intend to pay citations/fees or to permit the Movant to secure its claim.

I declare under penalty of perjury under the laws of the United States of America that the above statement is true and correct and that this declaration was executed in Evansville, Indiana, on February 5, 2020.

/s/ Stephanie Ray
Stephanie Ray

3

In Re Corena Ray Powers
Case No. 19-52439 MEH
Declaration of Stephanie Ray in Support of Motion for Relief from Stay